# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

DIRECTV, Inc.

    Plaintiff,

    vs.

ALDO MANCINI JR.

    Defendant

)
)
)
)
)
)
)
)
)
)

Case No.: *05-30273-MAP*

**CORPORATE DISCLOSURE**

**Pursuant to LR, D. Mass 7.3** the corporate Plaintiff in the above referenced action, DIRECTV, Inc., now makes this disclosure:

1.    **DIRECTV, Inc**. (a California Corp.) is a wholly owned subsidiary of DIRECTV Enterprises, LLC (a Delaware Limited Liability Company);

2.    **DIRECTV Enterprises** is a wholly owned subsidiary of DIRECTV Holdings, LLC (a Delaware LLC);

3.    **DIRECTV Holdings, LLC** is a wholly owned subsidiary of Hughes Electronic Corporation (a Delaware Corp.);

4.    **Hughes Electronic Corporation** is a wholly owned subsidiary of General Motors Corporation (a Delaware Corp.);

5.    **General Motors Corporation** (a Delaware Corp.) is a publicly-held corporation

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By Its Attorney,

Date

John M. McLaughlin (BBO: 556328)
McLaughlin Sacks, LLC
31 Trumbull Road
Northampton, MA  01060
(413) 586-0865