UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

CASE NO. 03-30273-MAP
Hon. Michael A. Ponsor

DIRECTV, INC.      )
   Plaintiff     )
             )
   vs.           )
             )
ALDO MANCINI, JR.  )
   Defendant     )

## ENTRY OF APPEARANCE

    Now comes Stafford Sheehan, Esquire who has been admitted to practice before, and is in good standing with, the United States District Court of Massachusetts and who hereby enters his appearance in the above-captioned matter in behalf of the Defendant, ALDO MANCINI, JR. of Feeding Hills, Massachusetts this 27th day of February 2004.

By Defendant's Attorney,

Stafford Sheehan, Esquire
1508 Pleasant Street
Fall River, MA 02723-1913
(508) 678-1901
Facsimile: (508) 673-0978
Email: sheehanesq@aol.com
BBO #457000