UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

CASE NO. 03-30273-MAP
Hon. Michael A. Ponsor

**DIRECTV, INC.**     )
   Plaintiff     )
                 )
   vs.     )
                 )
**ALDO MANCINI, JR.**     )
   Defendant     )

## CERTIFICATE OF SERVICE

Now comes the Defendant, by his attorney, who does certify that he has forwarded a true and accurate copy of the following-described documents: Answer to Complaint and Affirmative Defenses and Entry of Appearance to the Plaintiff's attorney of record, at the name and address given below, by priority mail, delivery confirmation requested, postage prepaid, this 27th day of February 2004.

John N. McLaughlin, Esquire
31 Trumbull Road
Northampton, MA 01060
(413) 586-0865

_____
Stafford Sheehan, Esquire
1508 Pleasant Street
Fall River, MA 02723-1913
(508) 678-1901
BBO # 457000
Facsimile: (508) 673-0978
Email: sheehanesq@aol.com