UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DIRECTV, INC.,                )
       Plaintiff      )
                              )
  v.                          )  Civil Action No. 03-30273-MAP
                              )
                              )
ALDO MANCINI, JR.,            )
       Defendant     )

SCHEDULING ORDER
April 27, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. All written discovery shall be completed by July 27, 2004.

2. Counsel shall appear for a case management conference on August 26, 2004, at 10:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

      /s/ Kenneth P. Neiman
      KENNETH P. NEIMAN
      U.S. Magistrate Judge