UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
|       Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 03-30273-MAP |
| | ) | |
| ALDO MANCINI, JR., | ) | |
|       Defendant | ) | |

SCHEDULING ORDER
August 26, 2004

NEIMAN, U.S.M.J.

The following schedule was established at the case management conference held this day:

1. All non-expert discovery, including non-expert depositions, shall be completed by November 24, 2004.

2. Plaintiff shall designate and disclose information regarding its trial experts as required by FED. R. CIV. P. 26(a)(2) by December 30, 2004.

3. Defendant shall designate and disclose information regarding his trial experts as required by FED. R. CIV. P. 26(a)(2) by January 31, 2005.

4. All expert depositions shall be completed by February 25, 2005.

5. Counsel shall appear for a case management conference on March 3, 2005, at 11:30 a.m. in Courtroom Three.

IT IS SO ORDERED.

                                              /s/ Kenneth P. Neiman
                                              KENNETH P. NEIMAN
                                              U.S. Magistrate Judge

Case 3:03-cv-30273-MAP     Document 13     Filed 08/26/2004     Page 2 of 2