UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DIRECTV, INC., | ) | |
| Plaintiff | ) ) ) | |
| v. | ) ) ) | Civil Action 03-30273-MAP |
| ALDO MANCINI, | ) ) ) | |
| Defendant | ) | |

**<u>NOTICE OF APPEARANCE</u>**

Please enter my appearance as counsel for defendant, Aldo Mancini.

/s/Kenneth D. Quat
BBO 408640
9 Damonmill Square, Suite 4A-4
Concord MA 01742
978-369-0848
