UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

CASE NO. 03-30273-MAP
Hon. Michael A. Ponsor

| | |
|---|---|
| **DIRECTV, INC.** | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| **ALDO MANCINI, JR.** | ) |
| Defendant | ) |

**WITHDRAWAL OF APPEARANCE**

Now comes Stafford Sheehan, Esquire who withdraws his appearance in the above-captioned matter in behalf of the Defendant, ALDO MANCINI, JR. of Feeding Hills, Massachusetts. It is noted that successor counsel for the Defendant is entering his appearance in the Defendant's behalf.

/s/Stafford Sheehan
1508 Pleasant Street
Fall River, MA  02723-1913
(508) 678-1901
Facsimile: (508) 673-0978
Email: sheehanesq@aol.com