UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DIRECTV, Inc.** )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)<br>**ALDO MANCINI, JR.** )<br>)<br>   Defendant )<br>) | Case No.: 03-30273-MAP<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate that this action shall be dismissed with prejudice, both parties waiving rights of appeal.

Respectfully Submitted for the Plaintiff,
DIRECTV, Inc.
By It's Attorney,

12/22/04
Date

John M. McLaughlin
**Green Miles Lipton & Fitz- Gibbon**
77 Pleasant Street
P.O. Box 210
Northampton, MA 01061
Telephone: (413) 586-0865
BBO No. 556328

Respectfully Submitted for the Defendant,
Aldo Mancini, Jr.
By His Attorney,

12/16/04
Date

Kenneth D. Quat
BBO 408640
Damonmill Square
Suite 4A-4
Concord, MA 0174
978-369-0848

1